

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:16-MJ-02248-DUTY |
| OSCAR ARRIAGA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>December 7</u>, <u>2016</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>E</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: December 1, 2016

U.S. ~~District Judge~~/Magistrate Judge